No. —. IN THE MATTER OF THE COMPLAINT OF ED-MOND C. FLETCHER. October 16, 1939. Motion of Edmond C. Fletcher for leave to file complaint denied.

No. —, original. EX PARTE JOHN WILSON. October 16, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. 10, original. TEXAS v. NEW MEXICO ET AL. October 16, 1939. The Special Master having presented his final report stating that the cause has been settled, it is ordered, adjudged, and decreed as follows:

1. The report of the Special Master is received, filed, and confirmed.

2. The bill of complaint is dismissed.

3. The Special Master is directed to return to the proper parties the original copies of the record of the testimony and the exhibits introduced into evidence before him.

4. Costs, including the compensation and expenses of the Special Master, shall be paid one-half by the State of Texas and one-half by the State of New Mexico and the Middle Rio Grande Conservancy District, the State of Texas to be reimbursed by the State of New Mexico and the Middle Rio Grande Conservancy District to the extent of one-half of all sums heretofore disbursed by it on account of expenses of the Special Master.

(Earlier phases of this litigation are reported in 296 U. S. 547; 297 U. S. 693, 698; 298 U. S. 639, 644; 300 U. S. 645; 302 U. S. 658; 304 U. S. 551.)